**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF UTAH**

| | |
|---|---|
| In re: STEPHEN R. CHAPMAN<br>XXX-XX-3801<br><br>Debtor(s). | Case No. 14-27357<br>Chapter 13<br><br>Judge William T. Thurman |

**ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM NO. 3 OF ARMY & AIRFORCE EXCHANGE SERVICES**

THE COURT, having reviewed Stephen Chapman's OBJECTION TO PROOF OF CLAIM NO. 3 OF ARMY & AIRFORCE EXCHANGE SERVICES, having noted that no response or opposition to the objection has been made, having determined that good and sufficient cause exists to sustain the objection, and having entered findings and conclusions on the record, does hereby

**ORDER, ADJUDGE AND DECREE** as follows:

1. Debtor's Objection to Proof of Claim No. 3 of Army & Airforce Exchange Services is sustained; and

2. Claim No. 3 of Army & Airforce Exchange Services is hereby reduced to a general unsecured claim in the amount of $2,043.41.

*** END OF DOCUMENT ***

**COURT CLERK'S CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of April 2015, a true and correct copy of the foregoing was sent, first class postage pre-paid, to the following:

Stephen Chapman
1055 E. 900 S. #3
Saint George, UT 84790

Military Star
P.O. Box 78731
Phoenix, AZ  85062-8731

Army & Airforce Exchange Services
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Rd. #200
Tucson, AZ 85712

The Exchange
P.O. Box 740890
Cincinnati, OH 45274

BERRY & TRIPP P.C.            (via ECF)
5296 South 300 West, #200
Salt Lake City, UT 84107

Kevin R. Anderson, Trustee    (via ECF)
405 South Main Street, Suite 600
Salt Lake City, UT  84111

US Trustee                    (via ECF)
405 South Main Street, Suite 300
Salt Lake City, UT  84111

_____
Clerk, U.S. Bankruptcy Court