# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

IN RE: 14-27357

DEBTOR(S)
STEPHEN R. CHAPMAN

### CERTIFICATE OF SERVICE

I hereby certify that on May 05, 2015, the foregoing Trustee's Claims Report (Chapter 13) was electronically filed with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified after the signature line in the attached Noticing Center's Certificate of Service, are registered CM/ECF users and will be served through the CM/ECF system.

I hereby certify that on May 6, 2015, I caused to be served a true and correct copy of the foregoing Trustee's Claims Report (Chapter 13) as follows:

Mail Service via the Noticing Center– By regular first class United States mail, postage fully pre-paid, addressed to those parties specified in the Noticing Centers Certificate Of Service found below:

/s/Kevin R. Anderson, Trustee, Office of the Standing Chapter 13 Trustee

OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, SOUTHERN DIVISION**

| IN RE:<br>STEPHEN R. CHAPMAN<br><br>Debtor | CASE NO: 14-27357<br><br>Chapter 13<br><br>JUDGE WILLIAM T. THURMAN |
|---|---|

**TRUSTEE'S REPORT OF CLAIMS**

The court confirmed the Debtor's plan on October 30, 2014, and the bar dates for filing claims in this case have now expired, and it appears that all claim issues have been resolved.  As stated in the confirmation order, the Trustee will only disburse on allowed claims provided for in the plan and for which a timely proof of claim was filed.  If the plan provides for a claim but no timely proof of claim has been filed, the Trustee will not disburse on that claim, subject to direction from the court.  Attached hereto as Exhibit A is a list of all claims provided for by the confirmed plan and/or for which a proof of claim was filed with a description of how such claims will be administered by the Chapter 13 Trustee during the life of the plan.

*ABSENT A TIMELY FILED OBJECTION WITH THE BANKRUPTCY COURT, THE TRUSTEE WILL ADMINISTER CLAIMS IN THIS CASE PURSUANT TO THE TREATMENT DESCRIBED IN EXHIBIT A*

On or before June 11, 2015, any objection to the Trustee's Report of Claims must be filed with the bankruptcy court and served on the trustee.  On or before June 11, 2015, you must *also* contact the Bankruptcy Court to reserve a date and time when your objection will be heard by the Bankruptcy Judge and then give the trustee notice of such hearing.  If an objection is not both timely filed and noticed for a hearing, the Trustee's Report of Claims will become final and incorporated into the confirmation order, and it will control all disbursements by the Chapter 13 trustee, subject to subsequent direction from the court.

Note: The following claims have Step Payments:
Claim No. 4 BOULEVARD HOME FURNISHINGS

| | | |
|---|---|---|
| 10/01/2014 | 03/31/2016 | $10.00 |
| 04/01/2016 | 12/31/9999 | $90.00 |

## Exhibit "A"

**Debtor(s):** STEPHEN R. CHAPMAN
1055 E. 900 S. &#035;3, SAINT GEORGE, UT  84790

**Case No:** 14-27357
**Bar Date:** 1/8/15

| Court Claim No. | Creditor Name and Address | Claim Description | Claim Amount | Value | Monthly Payment | Interest Rate |
|---|---|---|---|---|---|---|
| 6 | **AMERICA FIRST CREDIT UNION** PO BOX 9199 OGDEN, UT 84409-0199 | DIRECT PAYMENT OUTSIDE 2011 HARLEY DAVIDSON/P=l 6244.1 *No Money to be Paid by Trustee* | $0.00 | $0.00 | Pro Rata | 0.00 |
| 3 | **BASS & ASSOCIATES, P.C.** 3936 E FORT LOWELL RD. STE 200 TUCSON, AZ 85712-1083 | UNSECURED GOODS SOLD/D OBJ-ALLOWE 1960 *Funds will be DISBURSED* | $2,043.41 | $0.00 | Pro Rata | 0.00 |
| 4 | **BOULEVARD HOME FURNISHINGS** 390 NORTH MALL DRIVE ST. GEORGE, UT 84790-7345 | SECURED (PERMO Level 17) HHG/PV=$1,500 @4.75%/CREI 109341 *Funds will be DISBURSED* | $1,500.00 | $1,500.00 | $10.00 | 4.75 |
| 4 | **BOULEVARD HOME FURNISHINGS** 390 NORTH MALL DRIVE ST. GEORGE, UT 84790-7345 | UNSECURED Split Claim 109341 *Funds will be DISBURSED* | $3,661.67 | $0.00 | Pro Rata | 0.00 |
| 5 | **Capital One Bank (USA), N.A.** by American Infosource Lp As Agent PO Box 71083 Charlotte, NC 28272-1083 | UNSECURED LOAN 3647/3256 *Funds will be DISBURSED* | $1,615.46 | $0.00 | Pro Rata | 0.00 |
| 7 | **CERASTES, LLC** C/O WEINSTEIN,PINSON,AND RILEY,PS PO BOX 3978 | UNSECURED CREDIT 2886 *Funds will be DISBURSED* | $1,779.75 | $0.00 | Pro Rata | 0.00 |
| | **DAVID T. BERRY, ESQ.** ECF NOTIFICATION | ATTORNEY FEE *Funds will be DISBURSED* | $2,710.00 | $0.00 | Pro Rata | 0.00 |
| 9 | **INTERMOUNTAIN HEALTH CARE** PO BOX 30191 SALT LAKE CITY, UT 84130 | UNSECURED SERVICES PERFORMED CHAPMAN *Funds will be DISBURSED* | $1,967.35 | $0.00 | Pro Rata | 0.00 |
| 10 | **PORTFOLIO RECOVERY ASSOCIA** PO BOX 12914 NORFOLK, VA 23541 | UNSECURED CREDIT 3879/SEARS GOLD MASTERCAR *Funds will be DISBURSED* | $3,309.07 | $0.00 | Pro Rata | 0.00 |
| 8 | **UTAH STATE TAX COMMISSION** ECF NOTIFICATION | SECURED (PRORATA Level 25 ASSESSED SEC TAX/PAY PER 3801 *Funds will be DISBURSED* | $1,784.72 | $1,784.72 | Pro Rata | 2.00 |

*Case No:* 1427357
*Trustee's Report of Claims*               *Page: 2*

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | **WELLS FARGO BANK**<br>PAYMENT PROCESSING<br>MAC# x2302-04c<br>1 HOME CAMPUS | DEFAULT ARREARAGE (PROI<br>MORTGAGE ARRS/P=PRO RA'<br>2112<br>*Funds will be DISBURSED* | $0.95 | $0.95 | Pro Rata | 0.00 |
| 1-2 | **Wells Fargo Dealer Services**<br>PO Box 25341<br>Santa Ana, CA  92799-5341 | UNSECURED<br>13 CHEVY TRUCK/P=SURR/AI<br>7021<br>*Funds will be DISBURSED* | $38,638.56 | $0.00 | Pro Rata | 0.00 |

*Case No: 1427357*
*Trustee's Report of Claims*                   Page: 3

United States Bankruptcy Court
District of Utah

In re:                                                                    Case No. 14-27357
STEPHEN R. CHAPMAN                                                        Chapter 13
        Debtor

# CERTIFICATE OF SERVICE

District/off: 1088-c          User: 563              Page 1 of 2              Date Rcvd: May 05, 2015
                              Form ID: TROC          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Noticing Center on
May 06, 2015.
```
db         +STEPHEN R. CHAPMAN,    1055 E. 900 S. #3,    SAINT GEORGE UT 84790-2071
14         +America First Credit Union,    PO Box 9199,    Ogden UT 84409-0199
2           BASS & ASSOCIATES, P.C.,    3936 E FORT LOWELL RD. STE 200,    TUCSON AZ 85712-1083
3          +BOULEVARD HOME FURNISHINGS,    390 NORTH MALL DRIVE,    ST. GEORGE UT 84790-7346
13         +CERASTES, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
             SEATTLE WA 98121-3132
10          Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 71083,
             Charlotte NC 28272-1083
4           INTERMOUNTAIN HEALTHCARE,    PO BOX 27808,    SALT LAKE CITY UT 84127-0808
9          +LUNDBERG & ASSOCIATES,    3269 SOUTH MAIN STREET STE 100,    SALT LAKE CITY UT 84115-3773
11         +Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541-1067
1          +UTAH STATE TAX COMMISSION,    210 NORTH 1950 WEST,    SALT LAKE CITY UT 84134-9000
8          +WELLS FARGO,    3476 STATEVIEW BLVD.,    FORT MILL SC 29715-7200
12         +WELLS FARGO BANK,    PO BOX 19657,    IRVINE CA 92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Noticing Center.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the document specified in the Form ID field of this Certificate of Service to the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**Date: May 06, 2015**                    **Signature:** *Joseph Speetjens*

```
District/off: 1088-c          User: 563                Page 2 of 2              Date Rcvd: May 05, 2015
                              Form ID: TROC            Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 05, 2015 at the address(es) listed below:
```
nef            DAVID T. BERRY, ESQ.    BERRY & TRIPP
nef            Kevin R. Anderson tr    405 South Main Street
nef            United States Trustee   Ken Garff Bldg.
                                                                              TOTAL: 3
```